AO 442 (Rev. 01/09) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

11 JUL -6 PM 12: 18

United States of America
v.
NATHAN VANDERAA

)
)
)
)
)
)

Case No. 3:11-mj-40

Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     NATHAN VANDERAA                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18:922(g)(3) - Drug User in Possession of a Firearm or Ammunition

21:841(a)(1) - Possession of a Controlled Substance

21:841(a)(1) - Manufacture of a Controlled Substance

Date: 06/15/2011

S/Christopher A. Nuechterlein
*Issuing officer's signature*

City and state:   South Bend, Indiana

Honorable Christopher A. Nuechterlein
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/5/11, and the person was arrested on *(date)* 7/6/11
at *(city and state)* KNOX, IN.

Date: 7/6/11

*Arresting officer's signature*

Kevin S. WHITAKER SA - ATF
*Printed name and title*